IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DEREK ADOLPHUS JACKSON #29905 | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:17cv387 |
| | § | |
| GRAYSON COUNTY SHERIFF | § | |
| DEPARTMENT | § | |

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was referred to United States Magistrate Judge Christine A. Nowak. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections were filed. The Court concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the Court. It is therefore

**ORDERED** the petition for writ of habeas corpus is **DISMISSED** without prejudice for failure to exhaust state habeas corpus remedies. It is also

**ORDERED** all motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED this 4th day of April, 2018.**


AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE